BRIAN P. BROSNAHAN (SBN: 112894)
**CORNERSTONE LAW GROUP**
351 California Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 974-1900
bbrosnahan@cornerlaw.com

ISAAC H. WINER, ESQ. (State Bar No. 162792)
**LAW OFFICE OF ISAAC H. WINER**
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
Telephone:  (650) 330-0110
E-mail:  ihw@ihwlaw.com

Attorneys for Plaintiff Clearist, Inc.

ANN K. JOHNSTON (SBN 145022)
ajohnston@jo-sm.com
TED A. SMITH (SBN 159986)
tsmith@jo-sm.com
**JOHNSTON | SMITH**
1050 Northgate Drive, Suite 510
San Rafael, CA  94903
Tel:  (415) 891-3321

Attorneys for Defendant Sentinel Insurance Company, Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Clearist, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Sentinel Insurance Company, Limited dba The Hartford" et al.<br><br>Defendant(s). | Case No. 20-cv-03691-VC<br><br>**STIPULATION AND** [~~PROPOSED~~] **ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Civ. L. R. 77-2 and Fed. R. Civ. Proc. 41, IT IS HEREBY STIPULATED and requested by the parties to this action, acting by and through their counsel-of-record herein, that this entire action be DISMISSED WITH PREJUDICE, with the parties to incur their own fees and costs.

1    IT IS SO STIPULATED AND AGREED.

2    DATED:  September 4, 2020            CORNERSTONE LAW GROUP

3

4                                        By: /s/ Brian P. Brosnahan
                                               Brian P. Brosnahan

5                                        LAW OFFICE OF ISAAC H. WINER

6

7                                        By: /s/ Isaac H. Winer
                                               Isaac H. Winer

8

9                                        Attorneys for Plaintiff Clearist, Inc.

10                                       JOHNSTON | SMITH, a Law Corporation

11

12                                       By: /s/ Ann K. Johnston
                                               Ann K. Johnston

13

14                                       Attorneys for Defendant Sentinel Insurance
                                         Company, Ltd.

15

16                                       ORDER

17    PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19    DATED:  September 9   , 2020       _____

20                                       _____
                                         Judge Vince Chhabria

21

22                       [Or              _____

23                                         Clerk, United States District Court,
                                           acting pursuant to N.D. L. R. 77-2]

24

25

26

27

28

                         2                              Case No. 20-cv-03691-VC

1

## CERTIFICATE OF SERVICE

2    I certify that on September 4, 2020, I electronically filed the foregoing

3    **STIPULATION AND** [PROPOSED] **ORDER TO DISMISS ACTION WITH PREJUDICE**

4    using the Court's CM/ECF system, which will provide service by email to the parties listed below.  I

5    also certify that I will manually email a courtesy copy of said document to said parties:

6    **Ann K. Johnston, Esq.**
     **Ted A. Smith, Esq.**
7    Johnston Smith, ALC
     1050 Northgate Drive, Suite 510
8    San Rafael, CA 94903
     Emails: ajohnston@jo-sm.com and tsmith@jo-sm.com
9
     Attorneys for Defendant Sentinel Insurance Company, Ltd. dba "The Hartford"
10

11

12                                             By:/s/ Isaac H. Winer
                                                  Isaac H. Winer
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28